Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ERIKA OPELLA COLEE

CASE NO. 13-70424-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1:  xxx-xx- 5213 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: <u>12/20/2013</u>   Orig. Time:      <u>2:00 PM</u>          Reset Date:              Reset Time:

B. Meeting Results:      <u>Adjourned</u>

C. Debtor(s):    <u>Debtor 1 Appeared</u>

D. Attorney for Debtor(s):    <u>Appeared</u>

E. Creditor Appearance:    none

F. Amount Paid to the Trustee as of        12/20/2013    <u>$473.00</u>     First Payment Due Date:        <u>12/19/2013</u>

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:      <u>Complete</u>

  Budgeted Income:    <u>$4,461.76</u>    Expense:    <u>$3,988.76</u>    Surplus:    <u>$473.00</u>

  Plan Payment:    <u>$473.00</u>  <u>Monthly</u>                          Plan Term(Months):      <u>60</u>

I. Value of Non-Exempt Property:        <u>$0.00</u>   Proposed Amount to Unsecured Creditors:        <u>$0.00</u>

    <u>   </u>  Objection to Exemption of:

    <u>   </u>  Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

       <u>   </u>  Object to Invoke Stay Pleading

    <u>   </u>  Case Converted from Chapter 7, Bar Date Set:    <u>3/20/2014</u>   Date Converted from Chapter 7:

J. Required Information:    <u>need spouse affidavit unemployed & proof of income, ww form</u>

K. Business Information:

L. Object to Confirmation:      <u>Yes</u>

    Unable to verify spouse's income
    Excessive expenses in Schedule J:  $350 medical-yes

M. Financial Management Class:    <u>Debtor 1 Appeared</u>

N. Eligibility:

    Certificate of Credit Counseling Filed:    <u>Debtor 1 Only</u>

    Credit Counseling Provider Approved:                  <u>Yes</u>

    Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):      <u>No</u>

O. Domestic Support Obligation:          <u>$0.00</u>   Current:          Arrears:        <u>$0.00</u>

    Affidavit and Disclosure of Domestic Support Obligations Received:   <u>Yes</u>

P. Remarks:      Is she still working at HR Risk Management Solutions? no
        1st pmt of $473 received 12/16/13, due 19th, need ww form
        confirmation hearing 1/16/14

Dated:    <u>12/20/2013</u>                          /s/ Walter O'Cheskey

                                Standing Bankruptcy Trustee
                                By:      Angela Gonzales

| Case Number: | | 13-70424 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | COLEE | | | | |
| Attorney: | | MJW | | | | |
| Presiding Officer: | | Angela | | | | |
| Calculation Date: | | | | | | 12/20/2013 12:43 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $3,176.00 | | | | $3,176.00 |
|---|---|---|---|---|---|
| Noticing Fees | $61.44 | | | | $61.44 |
| Clerk Filing Fees | | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $300.00 | | | |
| Less Trustee Fees | $30.00 | | | |
| Less Attorney Fees | $3,176.00 | | | |
| Less Noticing Fees | $61.44 | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $0.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | $48,429.00 |
|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,590.33 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $28,380.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $24,789.67 |

| Comments: |
|---|

| | | |
|---|---|---|
| **Case Number:** | 0 | |
| **Debtor:** | 0 | |
| **Attorney:** | 0 | |
| **Presiding Officer:** | 0 | |
| **Calculation Date:** | | **12/20/2013 12:43** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 1 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007